**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANICE SHORTER, <br> Personal Representative and <br> Legal Guardian of <br> DONSHAY SAYLES, <br><br> Plaintiff <br><br> v. <br><br> CHARLES E. SAMUELS, JR., <br> *et al.,*, <br><br> Defendants | : <br> : <br> :    CIVIL ACTION NO. 3:16-1973 <br> : <br> :        (MANNION, D.J.) <br> :        (ARBUCKLE, M.J.) <br> : <br> : <br> : <br> : <br> : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The Bivens Defendants' objections, **(Doc. 82)**, to Judge Arbuckle's report and recommendation, **(Doc. 81)**, are **SUSTAINED IN PART,** and **OVERRULED IN PART**.

**(2)** The report is **ADOPTED** regarding Counts I, III and IV, and Defendants' motion is **DENIED** with respect to those Counts.

**(3)** The report is **ADOPTED** regarding Count V, and it is **DISMISSED WITH PREJUDICE**.

**(4)** The report is **NOT ADOPTED** regarding plaintiff's failure to supervise claim in Count II of the SAC based on supervisory liability, and Defendants' motion is **GRANTED** as to this claim. Supervisory Defendants, Samuels, Norwood, Ebbert, and

Kaszuba, are **DISMISSED WITH PREJUDICE**.

**(5)** This case is **RECOMMITTED** to Judge Arbuckle for further proceedings with respect to plaintiff's remaining claims in the SAC.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 3, 2019**

16-1973-01-ORDER.wpd