UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE SHORTER, *Personal Representative and Legal Guardian for Donshay Sayles*<br>Plaintiff<br><br>v.<br><br>CHARLES E. SAMUELS, JR., *et al.,*<br>Defendants | CIVIL ACTION NO. 3:16-CV-1973<br><br>(MANNION, D.J.)<br><br>(ARBUCKLE, M.J.) |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Leave to File a Surreply to Plaintiff's Reply Brief in Support of Renewed Motion to Compel Discovery (Doc. 144), IT IS HEREBY ORDERED that:

1. Defendants' Motion (Doc. 144) is GRANTED.

2. Defendants' Surreply Brief attached to the Motion as Attachment #3, (marked as Exhibit 1), is authorized to be re-filed by Defendants.

3. Defendants are instructed to refile their Surreply to Renewed Motion to Compel Discovery on Items 22, 27, and 28 as a separate document.

Date: May 18, 2021

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge