UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE SHORTER, | ) | CIVIL ACTION NO. 3:16-CV-1973 |
| *Personal Representative and Legal* | ) | |
| *Guardian for Donshay Sayles* | ) | |
| Plaintiff | ) | (MANNION, D.J.) |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| CHARLES E. SAMUELS, JR. *et al.,* | ) | |
| Defendants | ) | |

ORDER

A telephone conference call with counsel has been scheduled for **Friday, December 3, 2021 at 10:00 a.m.** to discuss establishing new case management deadlines. Counsel are instructed to call the conference line number at **1-877-336-1829, Access Code:  6319086#, press \*** to bypass security code to be connected to the call.

Date:  November 29, 2021                                            BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge