UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE SHORTER, <br> *Personal Representative and Legal Guardian for Donshay Sayles* <br> Plaintiff <br><br> v. <br><br> CHARLES E. SAMUELS, JR. *et al.,* <br> Defendants | CIVIL ACTION NO. 3:16-CV-1973 <br><br> (MANNION, D.J.) <br><br> (ARBUCKLE, M.J.) |

AMENDED CASE MANAGEMENT ORDER

On June 6, 2019, the case management deadlines in this case were stayed until the resolution of several discovery issues. (Doc. 69). Many of those discovery issues have now been resolved. Accordingly, it is ORDERED that the deadlines set forth in the Court's June 13, 2017 and August 31, 2018 case management orders (Docs. 30, 40) are amended as follows:

**SCHEDULE OF IMPORTANT DEADLINES:**

| | |
|---|---|
| Close of Fact Discovery: | **July 1, 2022** |
| Plaintiff's Expert Reports: | **September 1, 2022** |
| Defendant's Expert Reports: | **November 1, 2022** |
| Supplementations Due:[1] | **December 1, 2022** |
| Close of Expert Discovery | **February 1, 2023** |

---

[1] *See* Fed. R. Civ. P. 26(e)

| | |
|---|---|
| Dispositive Motions With Supporting Briefs: | **March 1, 2023** |
| Local Rule 16.3(b) Conference on or before: | TBD By Trial Judge |
| Motions in Limine with Supporting Briefs Due: | TBD by Trial Judge |
| Responses to Motions in Limine Due: | TBD by Trial Judge |
| Proposed Jury Instructions Due: | TBD by Trial Judge |
| Proposed Voir Dire Questions Due: | TBD by Trial Judge |
| Pretrial Memoranda Due, L.R. 16.6: | TBD by Trial Judge |
| Final Pretrial Conference: | TBD by Trial Judge |
| Jury Selection & Trial: | TBD by Trial Judge |

Date:  December 15, 2021         BY THE COURT

                                             *s/William I. Arbuckle*
                                             William I. Arbuckle
                                             U.S.  Magistrate Judge