# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES,** | : : : : | NO. 3:16-CV-01973 |
| **Plaintiff,** | : : | |
| v. | : : : | **(Judge Mannion)** **(Magistrate Judge Arbuckle)** |
| **CHARLES E. SAMUELS, JR., ET AL.** | : : | Electronically Filed |
| **Defendants.** | : | |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned certifies that he consulted with counsel for the plaintiff to seek their concurrence in the Motion for Extension of Time to Oppose Plaintiff's Motion for Substitution of Defendant William Fuller. Plaintiff's counsel concurs.

       /s/ Richard D. Euliss
Richard D. Euliss
Assistant U.S. Attorney

Dated:   January 26, 2022