UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES,** | : : : : : | **NO. 3:16-CV-01973** |
| Plaintiff | : : | |
| | : | **(Judge Mannion)** |
| v. | : : | |
| **CHARLES E. SAMUELS, JR., ET AL.** | : | |
| Defendants | : | |

# ORDER

NOW, this _____ day of _____ 2022, upon consideration of the motion for extension of time filed on behalf of the Estate of William Fuller (Doc. ___), **IT IS HEREBY ORDERED** that:

1. The motion is **GRANTED**.

2. The Estate of William Fuller shall file a Brief in Opposition to Plaintiff's Motion for Substitution of Defendant William Fuller, Deceased, not later than February 11, 2022.

3. The Plaintiff may file a Reply Brief within 14 days of the filing of the Estate's Brief.

_____
William I. Arbuckle
U.S. Magistrate Judge