JCG:RDE:HWG:mel

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES, | : : : : | NO. 3:16-CV-01973 |
| Plaintiff, | : : | |
| v. | : : : | (Judge Mannion) (Magistrate Judge Arbuckle) |
| CHARLES E. SAMUELS, JR., ET AL. | : : | Electronically Filed |
| Defendants. | : | |

### MOTION FOR LEAVE TO SUPPLEMENT DEFENDANTS' OBJECTIONS TO THE REPORT AND RECOMMENDATION

The *Bivens* Defendants have filed objections to the Magistrate Judge's Report and Recommendation issued May 8, 2020. They now move for leave to supplement their objections with new information obtained through discovery that is material to the issues pending before the Court.

Counsel for Plaintiff do not concur in the motion. As such, a brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

          Respectfully submitted,

          JOHN C. GURGANUS
          United States Attorney

          <u>s/ Richard D. Euliss</u>
          Richard D. Euliss (DC 999166)
          Harlan W. Glasser (PA 312148)
          Assistant United States Attorneys
          228 Walnut Street, Suite 220
          Harrisburg, PA 17108-1754
          Tel: (717) 221-4482
          Richard.D.Euliss@usdoj.gov

Dated:   February 1, 2022

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES,** | : : : | NO. 3:16-CV-01973 |
| **Plaintiff,** | : : : | **(Judge Mannion)** |
| v. | : : | **(Magistrate Judge Arbuckle)** |
| **CHARLES E. SAMUELS, JR., ET AL.** | : : | **Electronically Filed** |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on February 1, 2022, she served a copy of the attached

## MOTION FOR LEAVE TO SUPPLEMENT DEFENDANTS' OBJECTIONS TO THE REPORT AND RECOMMENDATION

by electronic service pursuant to Local Rule 5.7 and Standing Order 05-6, & 12.2 to the following individual(s):

Jennifer J. Tobin, Esquire
Christopher J. Heavens, Esquire
Jay T. McCamic, Esquire
W. Perry Zivley, Jr., Esquire
Anthony I. Werner, Esquire

                                                     s/ Michele E. Lincalis
                                                     Michele E. Lincalis
                                                     Supv. Paralegal Specialist