UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE SHORTER, *Personal Representative and Legal Guardian for Donshay Sayles* <br> Plaintiff <br><br> v. <br><br> CHARLES E. SAMUELS, JR. *et al.,* <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 3:16-CV-1973 <br><br> (MANNION, D.J.) <br><br> (ARBUCKLE, M.J.) |

## ORDER

Upon consideration of the Plaintiff's Unopposed Motion to Exceed Page Limitation and Word Count (Doc. 178) in her Brief in Support of her Motion to Substitute the Estate of William Fuller (Doc. 165), IT IS HEREBY ORDERED that:

(1) Plaintiff's Motion to Exceed Page Limitation and Word Count (Doc. 178) is GRANTED. Plaintiff may file a brief that does not exceed 5,500 words.

Date: February 18, 2022          BY THE COURT

                                 *s/William I. Arbuckle*
                                 William I. Arbuckle
                                 U.S. Magistrate Judge