UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE SHORTER, <br> *Personal Representative and Legal* <br> *Guardian for Donshay Sayles* <br> Plaintiff <br><br> v. <br><br> CHARLES E. SAMUELS, JR., *et al.,* <br> Defendants | CIVIL ACTION NO. 3:16-CV-1973 <br><br> (MANNION, D.J.) <br><br> (ARBUCKLE, M.J.) |

ORDER

Upon consideration of the Government's Unopposed Motion for Leave to File Sur-Reply in Opposition (Doc. 181) to Plaintiff's Motion for Substitution of Defendant Fuller filed by the Estate of William Fuller (Doc. 165), IT IS HEREBY ORDERED that:

1) The Government's Motion for Leave to File Sur-Reply in Opposition (Doc. 181) is GRANTED.

2) The Estate may file a sur-reply on or before **March 15, 2022.**

Date: February 28, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

Page 1 of 1