## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES,** | : : : : | **NO. 3:16-CV-01973** |
| **Plaintiff,** | : : : | |
| **v.** | : : : | **(Judge Mannion)** **(Magistrate Judge Arbuckle)** |
| **CHARLES E. SAMUELS, JR., ET AL.** | : : | **Electronically Filed** |
| **Defendants.** | : | |

### SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY *BIVENS* DEFENDANTS

JOHN C. GURGANUS
United States Attorney

/s/ Richard D. Euliss
RICHARD D. EULISS
Assistant U.S. Attorney
DC 999166
HARLAN W. GLASSER
Assistant U.S. Attorney
PA312148
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, PA 17108-1754
Phone: 717-221-4462
Fax: 717-221-4493
Richard.D.Euliss@usdoj.gov

Dated: May 23, 2022

## **INDEX OF EXHIBITS**

Exhibit K            Shorter Email, May 21, 2014

Exhibit L            Wing Letter to Heavens, August 21, 2014

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES,** | : : : : | NO. 3:16-CV-01973 |
| **Plaintiff,** | : : | |
| **v.** | : : : | **(Judge Mannion)** **(Magistrate Judge Arbuckle)** |
| **CHARLES E. SAMUELS, JR., ET AL.** | : : | Electronically Filed |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE VIA ECF

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on May 23, 2022, she caused to be served a copy of the attached

## SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY *BIVENS* DEFENDANTS

by electronic service pursuant to Local Rule 5.7 and Standing Order 05-6, & 12.2 to the following individual(s):

Jennifer J. Tobin, Esquire @ jtobin0913@gmail.com
Christopher Heavens, Esquire @ Chris@heavenslawfirm.com
Jay T. McCamic, Esquire @ jay@mspmlaw.com
Christopher J. Gagin @ Chris@mspmlaw.com
Walter P. Zivley, Jr. @ Pzivley@cmzlaw.net

        /s/ Cynthia E. Roman
        Cynthia E. Roman
        Supv. Paralegal Specialist