# EXHIBIT K

| | |
|---|---|
| From: | CAA/Exec Assistant~ <CAA/ExecAssistant~@bop.gov> |
| To: | John Gintz |
| Sent: | 5/22/2014 3:14:39 PM |
| Subject: | Re: Fwd: Voice a Concern - Donshay Sayles 88430-079 |
| Attachments: | TEXT.htm |

Perfect, thanks.  I'll explain that the local FBI is handling the investigation...etc.

>>> John Gintz 5/22/2014 3:13 PM >>>
E-mail is not the best forum to try and explain the technical aspects of SHU placement and PC classifications.  They're not going to like the response no matter what it is.  Until the criminal investigation is completed, I'd go with "Due to the ongoing FBI investigation we are unable to provide any information at this time" line, and refer them to the Scranton FBI or AUSA's victim/witness office.

It's their case.  We shouldn't be putting any info out that may hamper the investigation until it's done.  Plus, they have staff that handle requests like this.

>>> CAA/Exec Assistant~ 5/22/2014 2:46 PM >>>
John, can you give me some insight on how to respond to this one?

>>> <auto-reply@bop.gov> 5/21/2014 4:32 PM >>>

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message, you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the website www.bop.gov/contact
TimeStamp: Wed May 21 16:32:08 EDT 2014
*******

A message from user htownmail@gmail.com who sent an email from www.bop.gov.

I am concerned that Donshay was being harassed by the guards and Lieutenant as well as fellow prisoners. How does someone get choked to death if they are supposed to be in protective custody? Why doesn't anyone know why he was even transferred to this unit with less than a year to do? I received a letter that he was trying to stay in confinement to PREVENT from being hurt by those threatening him and yet he still wound up hurt and is on life support. This doesn't make any sense...He has family that love him and will do anything to bring to for front any mishandling while he was in custody at that facility. Now he is in a hospital bed fighting for his life because someone failed him while he was supposed to be safe.

[Location = Canaan USP]

[Location = Canaan USP]

DEFENDANT038799