# EXHIBIT L

RECEIVED 8/26/14
DEFENDANT EXHIBIT L

21/8/2014

Mr. Heavens,

This monday past, I met with my attorney, Ms. Ingrid Cronin, and she told me about your representation of the Sayles family and that you'd like to speak with me regarding the circumstances surrounding Mr. Sayles' injuries.

I decided to learn more about you & your firm. To that end, I obtained some information from your website. There I found addresses for two offices, and based on the information provided by your website (that you are an Upper Chichester native) I assumed that writing to your Pennsylvania office would be a safe bet. If I assumed wrong, and your personal office is actually in Charleston, I apologize for delay that will occur as a result in my misaddressing this letter.

Mr. Heavens, I don't wish to write about this incident and I won't speak about it by phone, for obvious reasons. But it would be my pleasure to meet with you in person. This case is alot bigger than you may have thought. The BOP was beyond negligent they actually orchestrated all that occurred, and I can prove it ten times over because they fucked up and left a trail. It will blow your mind. Trust me, compared to what really happened, negligence would make them appear professional and competent. I can give

you their heads on a platter.

I look forward to meeting with you. I'll be frank about what I did, why I did it, and how it happened. But please note that I haven't yet agreed to be of assistance in the actual suit itself, when you finally do sue the BOP. I'll make that decision when we actually meet and I learn more about what you're up to. And the BOP retaliating against me is a concern we'll have to discuss before I'll agree to make a deposition or testify. So, for now, I only agree to have a conversation with you, in which I'll give you all the details.

In the meantime, I ask that you grant me the courtesy of speaking to me personally. I have no intention of meeting with a flunkie. I'd rather talk to you. And, I don't need my attorney present. I'm of a mind to help you, but if my offer of help is ignored now, please don't expect any help from me later. My willingness to help you is a big step for me under the circumstances, but I view our situation as separate wars with a common adversary (i.e. the BOP). And this letter renders me honor-bound to do what I said I would, the only condition being that this offer for help is not ignored.

I look forward to meeting with you. You can schedule a meeting by calling USP-Canaan. When you schedule our meeting, I ask that you send me a letter giving me advance

notice of the upcoming meeting. For reasons I'll explain face-to-face. And I ask that you'll not tell them that you're suing them, for obvious reasons. If you absolutely have to, whatever. But, if it can be avoided, It should be.

I look forward to meeting with you soon, the sooner the better. Please respond to acknowledge receipt. Thanks in advance.

Respectfully,
Joe Wins

Please address your correspondence to me and stamp the envelope indicating that it's privileged mail & should only be opened in my presence (28 CFR Sec §40.19)