UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES, | : : : : | NO. 3:16-CV-01973 |
| Plaintiff, | : : | |
| v. | : : : | (Judge Mannion) (Magistrate Judge Arbuckle) |
| CHARLES E. SAMUELS, JR., ET AL. | : : | Electronically Filed |
| Defendants. | : | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Estate notifies this Court, pursuant to Local Rule 7.36, of the Supreme Court's recent opinion in *Egbert v. Boule*, No. 21-147, 2022 WL 2056291 (June 8, 2022) (Ex. 1). *Egbert* declined to extend *Bivens* to a new category of federal actors under a set of facts presenting "almost parallel circumstances" to *Bivens*, *id* at *6, and noted that allowing *Bivens* actions "entail[s] substantial social costs, including the risk that fear of personal monetary liability and harassing litigation will unduly inhibit officials in the discharge of their duties." *Id*. at 8 (quoting *Anderson v. Creighton*, 483 U.S. 635, 638 (1987)).

GERARD M. KARAM
United States Attorney

s/ Richard D. Euliss
Richard D. Euliss (DC 999166)
Assistant United States Attorney

228 Walnut Street, Suite 220  
Harrisburg, PA 17108-1754  
Tel: (717) 221-4462  
Richard.D.Euliss@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES, | : : : | NO. 3:16-CV-01973 |
| Plaintiff, | : : : | |
| v. | : : | (Judge Mannion) (Magistrate Judge Arbuckle) |
| CHARLES E. SAMUELS, JR., ET AL. | : : : | Electronically Filed |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on June 27, 2022, he served a copy of the attached

## NOTICE OF SUPPLEMENTAL AUTHORITY

via the Court's Electronic Case Filing System ("ECF") and that the Addressee(s) listed below are filing users under the ECF system.

Addressees:

Jennifer J. Tobin, Esquire @ jtobin0913@gmail.com
Christopher Heavens, Esquire @ Chris@heavenslawfirm.com
Jay T. McCamic, Esquire @ jay@mspmlaw.com
Walter P. Zivley, Jr. @ Pzivley@cmzlaw.net

s/ Richard D. Euliss
Richard D. Euliss
Assistant U.S. Attorney

1