UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE SHORTER, *Personal Representative and Legal Guardian for Donshay Sayles*<br>　　　　Plaintiff<br><br>　　v.<br><br>CHARLES E. SAMUELS, JR., *et al.,*<br>　　　　Defendants | CIVIL ACTION NO. 3:16-CV-1973<br><br>(MANNION, D.J.)<br><br>(ARBUCKLE, M.J.) |

## ORDER

On July 18, 2022, the Court held a discovery conference via telephone. During the telephone call, the Court and the parties discussed Defendants' request for production of Donshay Sayles' yearly earnings totals for his lifetime. Based on the discussions during the telephone call, IT IS ORDERED that:

(1) Plaintiff is DIRECTED to request Donshay Sayles's Earning Information from the Social Security Administration on or before **September 16, 2022**.

If these records cannot be located, Plaintiff should request a written statement from the Social Security Administration certifying that Donshay Sayles had no earnings, or a written statement from the Social Security Administration certifying that the records do not exist.[1]

Date: July 18, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

---

[1] Although Plaintiff is free to use any appropriate avenue to obtain these records, there appears to be a standard form on the Social Security Administration's website for requesting earning information. *See* Social Security Administration Form SSA-7050-F4, https://www.ssa.gov/forms/ssa-7050.pdf (last visited July 18, 2021).