UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE SHORTER, *Personal Representative and Legal Guardian for Donshay Sayles* Plaintiff | ) ) ) ) ) ) | CIVIL ACTION NO. 3:16-CV-1973 (MANNION, D.J.) (ARBUCKLE, M.J.) |
| v. | ) ) | |
| CHARLES E. SAMUELS, *et al.,* Defendants | ) ) | |

ORDER

On January 3, 2023, a telephone conference was held to discuss Plaintiff's first motion to take a trial deposition of Joseph Wing. (Doc. 211). Based on the discussions held during that telephone conference, it is ORDERED that:

(1)  Plaintiff's motion (Doc. 211) is DENIED without prejudice to renew her request at a later time.

Date: January 4, 2023  BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge