## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES, | : : : : | NO. 3:16-CV-01973 |
| Plaintiff | : : | (Arbuckle, M.J.) (Judge Mannion) |
| v. | : : | |
| CHARLES E. SAMUELS, JR., ET AL. Defendants | : : | Electronically Filed |

## WITHDRAWAL OF APPEARANCE

Please withdraw Harlan W. Glasser's appearance as Counsel of Record for Defendants United States of America, Sudul, Fuller, Olver, Durkin, Gonzalez, Gintz, Vizcaino, Pedone, Hagemeyer, Vinton, and McCauley, in the captioned case.

                                              Respectfully submitted,

Dated: February 27, 2023         **GERARD M. KARAM**
                                           United States Attorney

                                           */s/ Harlan W. Glasser*
                                           Harlan W. Glasser, AUSA (PA 312148)
                                           Cristina M. Vazquez, Paralegal
                                           228 Walnut Street
                                           Harrisburg, PA 17101
                                           Tel:       (717) 221-4530
                                           Fax:      (717) 221-4493
                                           Email:   Harlan.Glasser@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES, | : : : : | NO. 3:16-CV-01973 |
| Plaintiff | : : | (Arbuckle, M.J.) (Judge Mannion) |
| v. | : : | |
| CHARLES E. SAMUELS, JR., ET AL. Defendants | : : | Electronically Filed |

## CERTIFICATE OF SERVICE VIA ECF

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on February 27, 2023, she caused to be served a copy of the attached

## WITHDRAWAL OF APPEARANCE

via the Court's Electronic Case Filing System ("ECF") and that the Addressee(s) listed below are filing users under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document, and no additional service upon the filing user is required.

**Addressees:**
Christopher Heavens, Esq. @ chris@heavenslawfirm.com
Jennifer J. Tobin, Esq. @ Jtobin0913@gmail.com
Jay T. McCamic, Esq. @ jay@mccamic.com
Walter P Zivley, Jr. @ pzivley@cmzlaw.net
Anthony Ira Werner @ awerner@johnwernerlaw.com

                                        s/ Cristina M. Vazquez
                                        Cristina M. Vazquez
                                        Paralegal Specialist