UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE SHORTER, PERSONAL REPRESENTATIVE AND LEGAL GUARDIAN FOR DONSHAY SAYLES,<br>        Plaintiff<br><br>v.<br><br>CHARLES E. SAMUELS, JR., ET AL.<br>        Defendants | NO. 3:16-CV-01973<br><br>(Judge Mannion)<br>(Magistrate Judge Arbuckle) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now the Plaintiff, by and through counsel, and respectfully moves the Court for permission to file Exhibit A to Plaintiff's Motion Under Rule 30(a)(2)(B) to take the deposition of federal inmate Joseph Wing (ECF No. 225), under seal, as it falls under the Protective Order in this case (ECF Nos. 44 and 148), and that said document is to remain sealed pending further Order of Court.

A proposed order is attached hereto.

Date:  April 28, 2023                     Respectfully submitted,

                                                                /s/ Jennifer J. Tobin
                                                                Jennifer J. Tobin, PA Bar 202047
                                                                Tobin Law Office, LLC

702 N. 3rd Street, # 71
Philadelphia, PA 19123
Tel. 267-258-8918
Fax: 267-428-6493
jtobin0913@gmail.com

*/s/ Christopher J. Heavens*
Christopher J. Heavens, PA Bar No. 64645
Heavens Law Firm, PLLC
2312 Chichester Avenue
P.O. Box 1948
Boothwyn, P A 19061
Tel: 610-485-7989
Chris@heavenslawfirm.com

W. Perry Zivley, Jr., Esq.
Kirk Mathis, Esq.
Chandler, Mathis & Zivley, PC
8584 Katy Freeway, Suite 105
Houston, Texas 77024
Phone: (713) 739-7722
*pzivley@cmzlaw.net*
*kmathis@cmzlaw.net*

Jay T. McCamic
McCamic Law Firm, PLLC
80 12th Street, Suite 305
Wheeling, WV 26003
p: (304) 238-9460
f: (304) 830-5324
*jay@mccamic.com*

Anthony I. Werner, Esq.
John & Werner Law Offices PLLC
80-12th Street
Suite 200
Wheeling, WV 26003
Phone 304.233.4380
Fax 304.233.4387
*awerner@johnwernerlaw.com*

## CERTIFICATE OF SERVICE

I certify that on this date, a true and correct copy of the foregoing along with all attachments, was electronically filed and is available for viewing and downloading from the Court's ECF system. In addition, a copy was served via the Court's ECF notification system on the following:

>Richard D. Euliss
>Michael J. Butler
>Assistant U.S. Attorneys
>United States Attorney's Office
>Middle District of Pennsylvania
>Sylvia H. Rambo United States Courthouse
>1501 North 6th Street, 2nd Floor
>P.O. Box 202
>Harrisburg, PA 17102
>Email: Richard.D.Euliss@usdoj.gov
>Michael.J.Butler@usdoj.gov
>Attorneys for Defendants

Date:  April 28, 2023                                  */s/ Jennifer J. Tobin*
                                                                       Jennifer J. Tobin