**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Janice Shorter, Personal Representative and Legal Guardian for Donshay Sayles, | NO: 3:16-CV-01973 |
| Plaintiff | |
| | (Arbuckle, M.J.) |
| v. | (Judge Mannion) |
| Charles E. Samuels, Jr., *et al.,* | |
| | Electronically Filed |
| Defendants. | |

## WITHDRAWAL OF APPEARANCE

Please withdraw Jay T. McCamic's appearance as Counsel of Record for Plaintiff Janice Shorter, Personal Representative and Legal Guardian for Donshay Sayles, in the captioned case.

Respectfully Submitted,

Dated: May 9, 2023

Janice Shorter, Personal Representative and Legal Guardian for Donshay Sayles

*/s/ Jay T. McCamic*
Jay T. McCamic, PA Bar 67881
McCamic Law Firm, PLLC
80 12th Street, Suite 305
Wheeling, WV 26003
Telephone: (304) 238-9460
Fax: (304) 830-5324
Email: jay@mccamic.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Janice Shorter, Personal Representative and Legal Guardian for Donshay Sayles, | : : : | NO: 3:16-CV-01973 |
| Plaintiff | : : | |
| | : | (Arbuckle, M.J.) |
| v. | : : | (Judge Mannion) |
| Charles E. Samuels, Jr., *et al.,* | : : | |
| | : | Electronically Filed |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE VIA ECF**

I certify that on this date, a true and correct copy of the foregoing **WITHDRAWAL OF APPEARANCE** was electronically filed via the Court's Electronic Case Filing System ("ECF") and that the Addressee(s) listed below are filing users under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document, and no additional service upon the filing user is required.

**Addresses:**
Christopher Heavens, Esq @ chris@heavenslawfirm.com
Jennifer J. Tobin, Esq. @ Jtobin0913@gmail.com
Walter P. Zivley, Jr., Esq. @ pzivley@cmzlaw.net
Anthony I. Werner, Esq. @ awerner@johnwernerlaw.com

>*/s/ Jay T. McCamic*
>Jay T. McCamic, PA Bar 67881
>McCamic Law Firm, PLLC
>80 12th Street, Suite 305
>Wheeling, WV 26003
>Telephone: (304) 238-9460
>Fax: (304) 830-5324
>Email:   jay@mccamic.com

2